UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIULLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>   v.<br><br>GOMEZ, et al.,<br><br>            Defendants. | No. 1:20-cv-00740-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 5, 7, 12) |

   Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 8, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* (Doc. No. 5)[1] be denied because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc. No. 7.)  The magistrate judge also recommended that this action be dismissed without prejudice to refiling upon plaintiff's prepayment of the required $400.00 filing fee.  (*Id*. at 2.)  The findings and recommendations were served on plaintiff and contained notice

---

[1] On June 22, 2020, plaintiff filed a second motion to proceed *in forma pauperis*.  (Doc. No. 12.)

1

that objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2–3.) On June 18, 2020, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 8.)

Although plaintiff does not contest that he has accumulated at least three prior strike dismissals, enough to be barred by the "three strikes" provision, he contends that he qualifies for the exception under the provision for prisoners who face "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). In his objections, plaintiff vaguely references incidents that allegedly occurred in 2014 and 2015, but he does not articulate any allegations from which the court could conclude that he was in imminent danger of serious physical injury at the time he filed his complaint in this action. (Doc. No. 8.) Plaintiff's objections do not address the magistrate judge's finding that "does not allege that he is in imminent danger of serious physical injury." (Doc. No. 7 at 2.) Accordingly, plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. However, the undersigned will provide plaintiff one final opportunity to pay the filing fee as required to proceed with the action.

Accordingly,

1. The findings and recommendations issued on June 8, 2020 (Doc. No. 7) are adopted;
2. Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 5, 12) are denied;
3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the $400.00 filing fee in full in order to proceed with this action;

/////

/////

/////

/////

2

4. Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and

5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 30, 2020**

UNITED STATES DISTRICT JUDGE