UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIULLERMO TRUJILLO CRUZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOMEZ, et al.,<br><br>　　　　　　　Defendants. | No. 1:20-cv-00740-DAD-JLT (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 13) |

　　　　Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 8, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $400.00 filing fee in order to proceed with this action.  (Doc. No. 7.)  On June 30, 2020, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $400 filing fee in full within thirty (30) days.  (Doc. No. 13.)  Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action.  (*Id*. at 2.)

1

In lieu of paying the filing fee, plaintiff filed a motion for reconsideration of the court's order, which the court denied on August 17, 2020. (Doc. No. 15.) Thereafter, on August 24, 2020, plaintiff filed a notice of interlocutory appeal, which was processed to the United States Court of Appeals for the Ninth Circuit. (Doc. Nos. 16, 17.) On February 16, 2021, the Ninth Circuit dismissed plaintiff's appeal "[b]ecause the appeal is so insubstantial as to not warrant further review, [and] it shall not be permitted to proceed." (Doc. No. 21 at 1.) This court served a copy of the Ninth Circuit's order on plaintiff by mail at his address of record in this action.

The deadline for plaintiff to pay the required filing fee passed prior to the filing of his interlocutory appeal, and now that his interlocutory appeal has been dismissed, plaintiff has still not paid the required filing fee or requested an extension of time to do so.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 26, 2021**

UNITED STATES DISTRICT JUDGE